UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAELA HUFFMAN,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDICO (USA) LLC,<br><br>Defendant. | Civil Action No. 2:17-cv-04242 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michaela Huffman, the Opt-in Plaintiffs and Defendant Credico (USA) LLC, by and through the undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice (with each party to bear its own costs and attorneys' fees) of Plaintiff Huffman's and all of the Opt-In Plaintiffs' claims in light of the Second Circuit's ruling affirming the District Court's grant of summary judgment in Vasto v. Credico (USA) LLC, No. 15-cv-9298. The instant case was stayed pending the Second Circuit's ruling in Vasto. On April 12, 2019, the Second Circuit issued its ruling affirming the District Court's grant of summary judgment. Vasto v. Credico (USA) LLC, No. 17-3870, Dkt. 150-1 (2d. Cir Apr. 12, 2019). This ruling is dispositive of the Plaintiff's and Opt-In Plaintiffs' claims in this case.

Respectfully submitted,

/s/ Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

*Attorneys for Plaintiff Michaela Huffman
and the Opt-In Plaintiffs*

/s/ Jennifer H. Rearden
Jennifer H. Rearden
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.5391
Facsimile: 212.351.5328
jrearden@gibsondunn.com

*Attorney for Defendant Credico (USA) LLC*

Dated:   May 8, 2019

SO ORDERED.

5/9/19

/s/ Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge